**Ruth Gerler, Plaintiff-Appellee, v. Margaret F. Cooley, Defendant-Appellant.**

**Gen. No. 10,448.**

Third District.

May 20, 1963.

Rehearing denied June 3, 1963.

J. E. Horsley and J. P. Ewart, of Craig & Craig, of Mattoon; John L. Franklin and Leonard T. Flynn, of Franklin & Flynn, of Champaign, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.